# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **Plaintiffs:** | ) | Civil Action No. **1:24-cv-00181-SKC** |
| | ) | |
| Dmitry Katsel and Helene Katsel, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s):** | ) | |
| Alibaba Group Holding Limited, et al. | ) | |
| Senoc Point-of-Sale Marketing | ) | |

---

## AMENDED
## PLAINIFFS' ANSWERS TO THE COURT'S ORDER TO SHOW CAUSE

---

Come now, Plaintiffs Dmitry and Helene Katsel in their amended answers to the OrderCourt Order to Show Cause, pursuant to the Minute Order issued on February 2, 2024 and state as follows:

### Background

1. On January 30, 2024 Honorable Court, after reviewing the Plaintiffs' Complaint issued an Order to Show Cause. The Order is mandating Plaintiffs to provide information and an argument supporting Plaintiffs' initial assertion that the US District Court for the District of Colorado may have a personal and a subject matter jurisdiction over the legal matters at issue.

### 28 U.S.C. § 1331

1

2. After reading the Court's reasoning, Plaintiffs' agree that the allegations of the violations of the Federal laws in the complaint are only the elements of the claim of the Negligence Per Se and do not constitute a Federal question required by the 28 U.S.C. § 1331. Whereby Plaintiffs' agree with the Court that it does not have a jurisdiction pursuant to 28 U.S.C. § 1331 in this matter.

## 28 U.S.C. § 1332

3. Plaintiffs research shows that the Defendant Senoc Point-of-Sale Marketing is a Philippine based and registered company. (please see the Philippine business registry page attached as an Exhibit 1). Whereby Plaintiffs claim a complete diversify jurisdiction may exist in this instance because neither of the Defendants have physical presence in the state of Colorado. Moreover, while the amount of monetary losses does not exceed $75,000 dollars threshold the total damages Plaintiffs claim do.

Having said that, Plaintiffs do not challenge the Honorable Court's reasoning and simply providing additional information for the Court to make a speedy decision.

## Conclusion

4. In summary, Plaintiffs agree with Honorable Courts' reasoning that it does not have a subject matter jurisdiction in this matter; and that this case lacks a Federal claim (notwithstanding some elements of the Federal law) for the adjudication.

Whereby, Plaintiffs are asking that the Honorable Court, based on its findings and reasoning, dismiss this case without prejudice so that Plaintiffs may file it with the State Court.

Dated this 2nd day of February, 2024.

Dmitry Katsel, Pro Se.
13859 N. Valley Hi CT
Parker, Colorado 80138
Tel: 303-564-8820
e-mail: phdllc@yahoo.com

Helene Katsel, Pro Se.
13859 N. Valley Hi CT
Parker, Colorado 80138
Tel: 303-564-8820
e-mail: phdllc@yahoo.com